John Dunn, appellee, v. Standard Distilling and Distributing Company, appellant. Gen. No. 6,812.
Action to recover for injuries to an employee's hand caught between pulley and belting. Judgment for plaintiff. Appeal from the

Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920. Rehearing denied October 7, 1920.

Gallagher, Kohlsaat & Rinaker and Hunter, Page & Kavanagh, for appellant. Shelton F. McGrath, for appellee.

Mr. Justice Heard delivered the opinion of the court.